**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Joseph WASHINGTON, III, a/k/a Mr.
Washington, Defendant—
Appellant.**

No. 11–7739.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 4, 2012.

Decided: May 11, 2012.

Joseph Washington, III, Appellant Pro Se. Bruce A. Pagel, Office of the United States Attorney, Charlottesville, Virginia; Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Before AGEE, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph McKinley Washington, III appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Washington,* No. 3:02–cr–00053–

JHM–1 (W.D.Va. filed Dec. 12, 2011 & entered Dec. 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*